UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARDA SIMMONS, <br><br> Plaintiff, <br><br> v. <br><br> DIRECT ENERGY, LP, <br><br> Defendant. | Case No.: 1:18-cv-03507 <br><br> Honorable Judge Gary Feinerman |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, RICHARDA SIMMONS and the Defendant DIRECT ENERGY, LP, through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: January 25, 2019

Respectfully Submitted,

**RICHARDA SIMMONS**

**DIRECT ENERGY, LP**

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan
*Counsel for Plaintiff*
Sulaiman Law Group, LTD.
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8181
mbadwan@sulaimanlaw.com

*/s/ Molly K. McGinley (with consent)*
Molly K. McGinley
*Counsel for Defendant*
K&L Gates LLP
70 West Madison, Suite 3100
Chicago, IL 60602
Phone: (312) 807-4419
molly.mcginley@klgates.com